## FOURTH DISTRICT.

Hal Moore, appellee, v. Franklin Mutual Insurance Company, appellant.

Opinion filed November 8, 1937.

John Sprigg Gilster and Robert G. Ottesen, for appellant. William G. Juergens, for appellee.

Mr. Presiding Justice Stone delivered the opinion of the court.

Archie W. Holemon, appellee, v. Royal Neighbors of America, appellant.

Opinion filed November 8, 1937.

Lendon A. Knight and Thos. Williamson, for appellant; Warnock, Williamson & Burroughs, Kramer, Campbell, Costello & Wiechert and N. J. Gundlach, of counsel. Frank C. Smith, for appellee.

Mr. Justice Murphy delivered the opinion of the court.